

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00082-CV

_____

IN THE INTEREST OF K.E. AND R.E., CHILDREN

On Appeal from the 47th District Court
Armstrong County, Texas
Trial Court No. 2374, Honorable Dan L. Schaap, Presiding

June 6, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

S.E., the father, appearing *pro se,* appeals the final order of the trial court in this parental-rights termination case.[1] M.E., the mother, also appeals.

By letter of May 10, 2013, we notified the father of two matters pertaining to his appeal requiring immediate attention. First, the filing fee was unpaid. Second, the father's notice of appeal was untimely although filed within the fifteen-day extension period authorized by appellate rule 26.3. Tex. R. App. P. 26.3. We granted the father ten days, on peril of dismissal, to pay the filing fee or file an affidavit of indigence and to

---

[1] *See* Tex. R. App. P. 9.8(b) (use of initials or other alias to protect identity of minor in parental-rights termination cases).

file a written explanation reasonably explaining the need for additional time to file his notice of appeal. *See* Tex. R. App. P. 5, 26.3, 42.3(a) and (c); *Kidd v. Paxton*, 1 S.W.3d 309 (Tex.App.—Amarillo, 1999, pet. denied).

The father did not pay the filing fee or file an affidavit of indigence nor did he file a writing explaining the need for additional time to file his notice of appeal.

Accordingly, the appeal of S.E. is dismissed. *See* Tex. R. App. P. 5, 42.3(a) and (c). The appeal of the mother remains pending.

Per Curiam